UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

COREY STEWART,

Plaintiff,

-against-

RIKERS ISLAND (JAIL) MEDICAL, *et al.*

Defendants.

---------------------------------------------------------x

25-CV-9745 (DEH) (OTW)

**POST-CONFERENCE ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held an Initial Case Management Conference on September 21, 2026. Plaintiff attended by phone.

Defendants are directed to send Plaintiff the medical authorizations necessary to obtain Plaintiff's medical records from the entities named at the conference. Once they are signed and returned to Defendants, Defendants will seek these records, and once they are produced to Defendants, they will provide copies to Plaintiff.

Defendants are directed to file a status letter on the last business Friday of each month that details efforts made to resolve the case, the status of discovery, and whether the parties have any ongoing disputes that may require the Court's intervention. The first letter is due on **October 30, 2026.**

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: New York, New York
September 21, 2026